UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY L. ALFORD, a/k/a MORRIS DAY,<br><br>    Plaintiff,<br><br>    v.<br><br>JON S. TIGAR, et al.,<br><br>    Defendants. | Case No. 18-cv-07700-SI<br><br>**JUDGMENT** |

    This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that new action.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated: March 25, 2019

_____
SUSAN ILLSTON
United States District Judge